# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>vs.<br><br>Jhon Kener Orobio Guerrero (2),<br><br>                        Defendant. | Case No. 18cr00196-LAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal,

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

46:70503, 70506(b); 46:70507, 21:853 - Conspiracy to Possess with Intent to Distribute Cocaine on Board a Vessel; Criminal Forfeiture (1)

21:959, 960, 960; 46:70507, 21:853 - International Conspiracy to Distribute Controlled Substances; Criminal Forfeiture(2)

Dated: 8/15/2022

Hon. Larry Alan Burns
United States District Judge